Case: 25-752, 03/31/2025, DktEntry: 1.1, Page 1 of 7
Case 1:24-cv-00332-EK-RML Document 12 Filed 02/07/25 Page 1 of 4 PageID #: 89
Case 1:22-cv-00766-EK Document 54 Filed 02/07/25 Page 1 of 4 PageID #: 1340

January 17, 2025

# NOTICE OF APPEAL

| | |
|---|---|
| 22-CV-766 | Schulte v. Warden, MDC |
| 22-CV-5841 | Schulte v. United States |
| 23-CV-4855 | Schulte v. United States |
| 23-CV-5488 | Schulte v. United States |
| 23-CV-5241 | Schulte v. MDC Warden MAAT |
| 23-CV-5656 | Schulte v. Denton, et al. |
| 23-CV-8513 | Schulte v. United States |
| 24-CV-0332 | Schulte v. United States |

Party taking the Appeal is Plaintiff Joshua Adam Schulte

Order Appealed is 9/4/24 Sua Sponte Dismissal Order by District Judge Eric Komitee

Appeal taken from U.S. District Court in EDNY to 2nd Circuit

Appeal filed 1/17/25 after District Court's Grant of Reopening Time to File an Appeal, Fed. R. App. P. 4(a)(6)

— Plaintiff —

Josh Schulte

1/17/25

UNITED STATES DISTRICT COURT EDNY

23-CV-5656   Schulte v. Denton, Jr. et al
23-CV-8513
23-CV-5241
23-CV-5988
24-CV-0032

Clerk of Court,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 03 2025  ★

BROOKLYN OFFICE

These cases were terminated 9/6/24. I seek to file an appeal, but did not receive notification until today, 1/17/25. Thus I ask the clerk to docket this request for an extension to file notice of appeal — attached; pursuant to Fed. R. App. P. 4(a)(6).

Also, please update my address to U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500 for the above captions.

Thanks,
1/17/25   Josh Schulte

Declaration of filing pursuant to 28 USC § 1746

I am an inmate confined at ADX. Today, 1/17/25, I am depositing this letter, motion, and notice of appeal in the institution's internal mail system. Postage is paid by me via a stamp.

I declare under penalty of perjury that the foregoing is true & correct

Josh Schulte

Signed on 1/17/25

U.S. District Court  EDNY

23-CV-5656  Schulte v. Denton, Jr., et al.

January 17, 2025

MOTION TO REOPEN TIME TO FILE APPEAL — Fed. R. App. P. 4(a)(6)

I respectfully request the Court grant me a reopening to file a timely notice of appeal. I did not receive notice of the Court's 9/4/24 Order until today 1/17/25 — which I received through a family letter dated in November. Thus I did not receive proper notice under Federal Rule of Civil Procedure 77(d) of the judgment to be appealed within 21 days. See Fed. R. App. P. 4(a)(6)(A). I direct the Court's attention to docket entry 11: The 11/2/24 returned mail of the Order.

Prior to the Court's Order, the BOP moved me to ADX on August 29, 2024. I did not have any legal materials provided me (or my property) until November 19, 2024. My attorneys were not approved to contact me until around this time — and I continue to have difficulties receiving mail (zero mail of four letters sent by my criminal appeals attorney have been delivered). Under normal circumstances, I would have promptly filed for notice of appeal.

These circumstances are precisely why Fed. R. App. P. 4(a)(6) exists. See Chief District Judge Laura Taylor Swain's opinion in Davis v. Taylor, 2024 U.S. Dist. LEXIS 14846 (January 25, 2024) (EDNY). I likewise meet all three conditions: I failed to receive proper notice, this request is submitted within 180 days after judgment, and no party would be prejudiced.

Accordingly, I request the Court to re-open the time to file a notice of appeal for good cause due to my move to ADX, failure to receive notice of the Court's Order (Dkt 11), and noted difficulties with my SAMs restrictions (Dkt. 8) in accordance with Fed. R. App. P. 4(a)(6), and docket the notice attached herein.

Respectfully Submitted,
Josh Schulte

1/17/25



Name: _Joshua Schulte_
Reg No: _74170 54_
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

cm-25-012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 03 2025   ★

BROOKLYN OFFICE

ATTN: Clerk of Court
Pro Se Intake Office
U.S. District Court- EDNY
225 Cadman Plaza, East
Brooklyn, NY 11201

11201£1€90 C090

APPEAL,DJI,IFP,PROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:24–cv–00332–EK–RML

Schulte v. United States Federal BOP et al
Assigned to: Judge Eric R. Komitee
Referred to: Magistrate Judge Robert M. Levy
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/11/2024
Date Terminated: 09/06/2024
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Joshua Schulte**                    represented by    **Joshua Schulte**
79471054
U.S. Penitentiary
PO Box 8500
Florence, CO 81226–8500
PRO SE

V.

**Defendant**

**United States Federal BOP**        represented by    **Anna–Drake Stephens**
DOJ–Civ
Ben Franklin Station
Ste P.O. Box 7146
Washington, DC 20044
202–305–1576
Email: anna–drake.stephens@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Allen Cooper**
United States Attorney's Office
Eastern District of New York
271–A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
718–254–6228
Email: david.cooper4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MDC Warden**                       represented by    **Anna–Drake Stephens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Allen Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2024 | 1 | COMPLAINT against MDC Warden, United States Federal BOP, filed by Joshua Schulte. (Attachments: # 1 Civil Cover Sheet) (KD) (Entered: 01/17/2024) |
| 01/11/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Joshua Schulte. (KD) (Entered: 01/17/2024) |

| 01/11/2024 | 3 | Prisoner Authorization (KD) (Entered: 01/17/2024) |
|---|---|---|
| 01/17/2024 | 4 | Notice to Pay Civil Filing Fee – Prisoner Case. Pursuant to 28 U.S.C. 1915 (as amended July 26, 1996), plaintiff/petitioner is proceeding in forma pauperis and must pay the total $350 fee by monthly installments deducted from plaintiffs/petitioners prison trust fund account (or institutional equivalent). Original letter sent to the Warden/Superintendent of Correctional Facility. (KD) (Entered: 01/17/2024) |
| 01/17/2024 | 5 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 01/17/2024) |
| 01/25/2024 | 6 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Ordered by Magistrate Judge Robert M. Levy on 1/25/2024. (JM) (Entered: 01/25/2024) |
| 01/26/2024 | 7 | Summons Issued as to MDC Warden, United States Federal BOP, U.S. Attorney and U.S. Attorney General. (VRM) (Entered: 01/26/2024) |
| 02/15/2024 | 8 | SUMMONS Returned Executed by Joshua Schulte. United States Attorney EDNY served on 2/8/2024, answer due 4/8/2024. (VRM) (Entered: 02/15/2024) |
| 03/21/2024 | 9 | SUMMONS Returned Executed by Joshua Schulte. MDC Warden served on 2/26/2024, answer due 4/26/2024; United States Federal BOP served on 2/21/2024, answer due 4/22/2024. (VRM) (Entered: 03/21/2024) |
| 03/21/2024 | 10 | CERTIFICATE OF SERVICE: United States Attorney General served on 2/22/2024. (VRM) (Entered: 03/21/2024) |
| 04/08/2024 | 11 | Letter MOTION for Extension of Time to File *Answer, Motion, or Other Response to the Complaint* by MDC Warden, United States Federal BOP. (Cooper, David) (Entered: 04/08/2024) |
| 04/09/2024 | | ORDER granting 11 Motion for Extension of Time *until May 20, 2024* to answer, move or otherwise respond to the Complaint. Ordered by Magistrate Judge Robert M. Levy on 4/9/2024. (JM) (Entered: 04/09/2024) |
| 04/24/2024 | 12 | Mail Returned as Undeliverable. Mail sent to Joshua Schulte 79471054 MDC PO Box 329002 Brooklyn, NY 11232. See attachment. (JM) (Entered: 04/24/2024) |
| 05/15/2024 | 13 | Letter MOTION for Extension of Time to File *Answer, Motion, or Other Response to the Complaint* by MDC Warden, United States Federal BOP. (Cooper, David) (Entered: 05/15/2024) |
| 05/16/2024 | | ORDER RE 13 Letter MOTION for Extension of Time to File. Defendants Time to File an Answer, Motion, or Other Response to the Complaint is extended to **July 3, 2024**. Ordered by Magistrate Judge Robert M. Levy on 5/16/2024. (JM) (Entered: 05/16/2024) |
| 06/28/2024 | 14 | NOTICE of Appearance by Anna–Drake Stephens on behalf of United States Federal BOP (aty to be noticed) (Stephens, Anna–Drake) (Entered: 06/28/2024) |
| 06/28/2024 | 15 | Letter MOTION for Extension of Time to File Response/Reply by United States Federal BOP. (Stephens, Anna–Drake) (Entered: 06/28/2024) |
| 06/28/2024 | | ORDER granting 15 Motion for Extension of Time to File Response/Reply re 15 Letter MOTION for Extension of Time to File Response/Reply .This is the third request to extend defendants time to answer the complaint. Counsel does not explain what efforts have been made to complete the necessary steps to identify the appropriate defendants, make representation decisions and prepare an answer. Nonetheless, the motion is granted for the reasons explained in counsels letter. The |

| | | |
|---|---|---|
| | | extension is FINAL, absent a showing of good cause. Ordered by Magistrate Judge Robert M. Levy on 6/28/2024. (Levy, Robert) (Entered: 06/28/2024) |
| 08/29/2024 | <u>16</u> | NOTICE of Appearance by Anna–Drake Stephens on behalf of MDC Warden (aty to be noticed) (Stephens, Anna–Drake) (Entered: 08/29/2024) |
| 08/29/2024 | <u>17</u> | Letter MOTION for pre motion conference *in anticipation of Defendants' Motion to Dismiss, or in the alternative, Summary Judgment* by MDC Warden, United States Federal BOP. (Stephens, Anna–Drake) (Entered: 08/29/2024) |
| 09/04/2024 | | ORDER finding as moot <u>17</u> . Ordered by Judge Eric R. Komitee on 9/4/2024. (APJ) (Entered: 09/04/2024) |
| 09/04/2024 | <u>18</u> | MEMORANDUM AND ORDER: Schulte's petitions for writs of habeas corpus are denied. All other claims in the above–captioned cases are dismissed under 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is respectfully directed to close all of the above–captioned cases and enter judgment. Ordered by Judge Eric R. Komitee on 9/4/2024. (APJ) (Entered: 09/04/2024) |
| 09/06/2024 | <u>19</u> | CLERK'S JUDGMENT: that Schulte's petitions for writs of habeas corpus are denied; and that all other claims in the above–captioned cases are dismissed under 28 U.S.C. § 1915(e)(2)(B). Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 9/6/2024. (copy of appeals packet and judgment mailed to pro se). (JP) (Entered: 09/06/2024) |
| 02/03/2025 | <u>20</u> | Letter to the Clerk of court from Josh Schulte requesting an extension to file notice of appeal and updating address. (ENE) (Entered: 02/13/2025) |
| 02/03/2025 | <u>22</u> | NOTICE OF APPEAL as to <u>21</u> Memorandum & Order, filed by Joshua Schulte. (ENE) (Entered: 03/31/2025) |
| 02/03/2025 | | APPEAL FILING FEE DUE re <u>22</u> Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (ENE) (Entered: 03/31/2025) |
| 02/27/2025 | <u>21</u> | MEMORANDUM AND ORDER: The Clerk of the Court is respectfully directed to docket Schulte's notice of appeal across each of his cases. See Mot. 3, ECF No. 15 (Case No. 23–CV–5656). The Clerk of Court is also directed to mail a copy of this order to Joshua Schulte, U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226–8500.Ordered by Judge Eric R. Komitee on 2/27/2025. (ENE) (Entered: 02/27/2025) |
| 03/31/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. <u>22</u> Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 03/31/2025) |