# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand twenty-five.

_____

**ORDER**

Schulte v. Warden MDC                                  Docket No. 25-740

_____

_____

Schulte v. United States of America          Docket No. 25-742

_____

_____

Schulte v. Ma'at                                          Docket No. 25-745

_____

_____

Schulte v. Warden, Metropolitan Detention Center   Docket No. 25-748

_____

_____

Schulte v. Warden MAAT                             Docket No. 25-751

_____

_____

Schulte v. United States Federal BOP        Docket No. 25-752

_____

_____

Schulte v. Denton, Jr.                                 Docket No. 25-757

_____

_____

Schulte v. United States of America          Docket No. 25-758

_____

IT IS ORDERED that the above-captioned appeals are hereby consolidated.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

