25-752

Schulte v. U.S. Bureau of Prisons, MDC

RECEIVED
U.S. COURT OF APPEALS
SECOND CIRCUIT
26 MAR -9 PM 4:

I have been unable to contact the assigned attorney in this case - She has not yet been added to my SAMs and I cannot Schedule a call.

It is crucial that I am able to communicate with my attorney.

I therefore request an adjournment of the brief until the ADX approves the attorney and I am able to communicate with her about the appeal.

Thanks,

Josh Schulte

2/23/26

[signature]

Name: Schulte Joshua
Reg. No.: 79471054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CA-26-

REC'D 26 MAR 9 PM 3
U.S. COURT OF APPEALS
SECOND CIRCUIT

USMAIL
SDNY

DENVER CO 802
5 MAR 2026 PM 6 L



ATTN: Schulte v. BOP, 25-752
Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007

10007-150299