# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-six.

Before:        William J. Nardini,
                    *Circuit Judge.*

_____

Joshua Adam Schulte,

                Plaintiff - Appellant,

    v.

United States Bureau of Prisons,
Metropolitan Detention Center,

                Defendants - Appellees.

_____

**ORDER**

Docket No. 25-752

Appellant moves for a 29-day extension until June 16, 2026, to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel for the Appellant and for the Government shall file a joint update, no later than 14 days from entry of this order, reporting on the status of Appellant's counsel's ability to contact the Appellant, including inclusion on Appellant's phone list.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

