

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271-A Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2026

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
 for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

Re:              *Schulte v. United States Federal BOP*,
                 No. 25-752

Dear Ms. Wolfe:

    Defendants-appellees in this appeal filed by plaintiff-appellant Joshua Adam Schulte ("Schulte") from a decision in a civil case are represented by the United States Attorney's Office for the Eastern District of New York ("USAO-EDNY"). The USAO-EDNY respectfully notes, as to the "joint update" requested by the Court in its order issued on May 22, 2026 (Doc. #58), that it is the United States Attorney's Office for the Southern District of New York ("USAO-SDNY"), *not* the USAO-EDNY, that Schulte's pro bono counsel, Alexandra Elenowitz-Hess, references in her May 18, 2026 declaration. *See* Doc. #57. The USAO-EDNY is not involved in implementing or compiling either the "Special Administrative Measures" or the "phone list" referenced in counsel's declaration. *See id.* ¶¶ 3, 4; *see also United States of America v. Schulte*, No. 25-1850 (2d Cir.) (Schulte's appeal filed in a criminal case, where the United States is represented by the USAO-SDNY).

                              Respectfully submitted,

                              JOSEPH NOCELLA, JR.
                              United States Attorney
                              Eastern District of New York

                    By:    */s/ Varuni Nelson*
                              Varuni Nelson
                              Assistant U.S. Attorney

cc:    Counsel for plaintiff-appellant (by ACMS)