# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-six.

Before:      William J. Nardini,
          *Circuit Judge.*

_____

Joshua Adam Schulte,

      Plaintiff - Appellant,

  v.

United States Bureau of Prisons,
Metropolitan Detention Center,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 25-752

Appellant moves for a 30-day extension until July 16, 2026, to file the opening brief.

IT IS HEREBY ORDERED that Appellant's motion for a 30-day extension of time to file the opening brief is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

